IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 3:04CR23 |
| ) | (Financial Litigation Unit) |
| CHRISTOPHER LYNN ADAMS, ) | |
| and ) | |
| YALE CAROLINAS, INC., ) | |
| Garnishee. ) | |
| _____ ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Garnishment as to Yale Carolinas, Inc. filed in this case on June 28, 2010, against the defendant Christopher Lynn Adams is **DISMISSED**.

Signed: July 22, 2010

Richard L. Voorhees
United States District Judge