# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:04-CR-00023-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHRISTOPHER LYNN ADAMS, | ) |
| Defendant, | ) |
| and | ) |
| INDUSTRIAL BATTERY & CHARGER, INC., | ) |
| Garnishee. | ) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment (Doc. 35) filed in this case against Defendant Christopher Lynn Adams is DISMISSED.

Signed: October 12, 2016

Richard L. Voorhees
United States District Judge

1